IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA

EMMA GIACOMO, by and through her son      *        7008 JAN -8  A 10: 13
and next friend, GEORGE ALFORD,           *
                                          *        DEBRA P. HACKETT, CLK
          Plaintiff,                      *        U.S. DISTRICT COURT
                                          *        NO. 3.08-CV-19-WKW
vs.                                       *
                                          *
BEVERLY ENTERPRISES-ALABAMA,              *
INC., et al.,                             *
                                          *
          Defendants.                     *

## DEFENDANT'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Beverly Enterprises-Alabama, Inc. d/b/a Beverly Healthcare-Lanett, (incorrectly identified as Beverly Healthcare Services d/b/a Beverly Enterprises-Alabama, Inc.), hereby certifies that the general nature and purpose of its business is the operation of a skilled nursing facility. Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public. As proof of its disclosure statement, Beverly Enterprises-Alabama, Inc. d/b/a Beverly Healthcare-Lanett attaches the following exhibits: Exhibit 1: Summons served on Beverly Enterprises-Alabama, Inc. and Beverly Healthcare Services Lanett; Exhibit 2: Alabama Division of Corporations Summary for Beverly Enterprises-Alabama, Inc. d/b/a Beverly Healthcare-Lanett; Exhibit 3: H. Rasmussen Jones Aff.)

Respectfully submitted,

W. BENJAMIN BROADWATER (BRO150)
ANDREW C. CLAUSEN (CLA044)
Attorneys for defendant Beverly Healthcare
Services d/b/a Beverly Enterprises-Alabama, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of Defendant's Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
Post Office Box 290
Lafayette, Alabama 36862

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Done this 7th day of January 2008.

COUNSEL

2

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>12-CV-2007-900032.00 |
|---|---|---|

### IN THE CIVIL COURT OF CHAMBERS, ALABAMA
### EMMA GIACOMO ET AL v. BEVERLY ENTERPRISES-ALABAMA, INC. ET AL

NOTICE TO   BEVERLY ENTERPRISES-ALABAMA, INC., C/O CSC LAWYERS INCORPORA 150 S. PERRY ST., MONTGOMERY AL, 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY NICHOLAS WOOTEN

WHOSE ADDRESS IS P.O. BOX 290, LAFAYETTE AL, 36862

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   EMMA GIACOMO
   pursuant to the Alabama Rules of the Civil Procedure

| 12/4/2007 3:56:29 PM | /s CHARLES STORY | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s NICHOLAS WOOTEN

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____

Date                                Server's Signature

**EXHIBIT**

1

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>12-CV-2007-900032.00 |
|---|---|---|

IN THE CIVIL COURT OF CHAMBERS, ALABAMA

**EMMA GIACOMO ET AL v. BEVERLY ENTERPRISES-ALABAMA, INC. ET AL**

NOTICE TO   BEVERLY HEALTHCARE SERVICES LANETT, 702 S 13TH STREET, LANETT AL, 36863

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY NICHOLAS WOOTEN

WHOSE ADDRESS IS P.O. BOX 290, LAFAYETTE AL, 36862

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   EMMA GIACOMO
   pursuant to the Alabama Rules of the Civil Procedure

| 12/4/2007 3:56:29 PM | /s CHARLES STORY | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s NICHOLAS WOOTEN |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to  _____

_____ in _____ County, Alabama on _____

_____

Date                Server's Signature



## Corporate Details

**INITIATE NEW BROWSE**

|  |  |  |
|---|---|---|
| Corporation Legal Name: | Beverly Enterprises-Alabama, Inc. | F/C 882-766 |
| State Of Inc: | California | |
| Qualified...: | 07-12-1982 | |
| Date Of Inc.: | * Not On Data Base | |
| Reg Agent...: | CSC LAWYERS INCORPORATING SVC INC<br>150 S PERRY ST<br>MONTGOMERY, AL  36104 | |
| Prin Address: | 873 S FAIR OAKS AVE<br>PASADENA, CA  91105 | |
| Nat Of Bus..: | NURSING HOMES | |

**TRANSACTION LIST**          2006    **ANNUAL REPORTS**

**← PREVIOUS PAGE**

**ISDWebServices**

Statements/Policies | info.alabama.gov | alabama.gov | Contact Us

**EXHIBIT**
tabbies®
**2**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **EMMA GIACOMO,** | * | |
| | * | |
| by and through her son and next friend, | * | |
| | * | |
| GEORGE ALFORD, | * | NO. _____ |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| BEVERLY HEALTHCARE SERVICES | * | |
| | * | |
| d/b/a BEVERLY ENTERPRISES- | | |
| ALABAMA, INC., et al. | | |
| Defendants. | | |

### AFFIDAVIT OF HOLLY RASMUSSEN JONES

Before me, the undersigned authority, personally appeared Holly Rasmussen Jones, who first being duly sworn, deposes and states as follows:

1.  I am over nineteen (19) years of age and hereby provide this affidavit of my own free will, without duress or coercion.

2.  I have personal knowledge of the facts contained in this affidavit and/or have reviewed business records created by Beverly Enterprises-Alabama, Inc. and/or maintained by Beverly Enterprises-Alabama, Inc. in the ordinary course of business to obtain the facts contained in this Affidavit.

**EXHIBIT
3**
tabbies®

3.    I hereby certify that the correct name of the nursing facility named as defendant in

this matter is Beverly Enterprises-Alabama, Inc. d/b/a Beverly Healthcare-Lanett.

4.    I hereby certify that Beverly Enterprises-Alabama, Inc. is a corporation established

under the laws of California.

5.    I further certify that, at all times pertinent hereto, Beverly-Enterprises, Alabama Inc.

had is principal place of business in Forth Smith, Arkansas or Fresno, California.

Further Affiant saith naught.

_____
Holly Rasmussen Jones
Secretary
Beverly Enterprises-Alabama, Inc.

STATE OF ARKANSAS
COUNTY OF SEBASTIAN

    SWORN to and SUBSCRIBED before me on this the 26th day of December, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 8-30-2014