IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

EMMA GIACOMO, by and through her    *
son and next friend, GEORGE ALFORD,    *
                                          *

        Plaintiff,                  *
                                          *

v.                                          *       Civil Action No.: 3:08-CV-19 WKW
                                          *

BEVERLY ENTERPRISES-ALABAMA,    *
INC., et al.,                                *
                                          *

        Defendants.               *

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Emma Giacomo, by and through her son and next friend, George Alford, a Plaintiff in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047;

         ☒      This party is an individual, or
         ☐      This party is a governmental entity, or
         ☐      There are no entities to be reported, or
         ☐      The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                               **Relationship to Party**

_____           _____

_____           _____

_____           _____


**January 22, 2008**          **s/David J. Hodge** _____
                                  **Counsel**
                                  **Emma Giacomo, by and through her son and next friend, George Alford**
                                  **Counsel for**
                                  **1100 Park Place N, Ste 1100, Birmingham, AL 35203** _____
                                  **Address**
                                  **205-322-8880** _____
                                  **Telephone Number**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**CERTIFICATE OF SERVICE**

I, David J. Hodge, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic notification on this the 22nd day of January 2008, to:

All other parties to the action by use of the ECF system.

January 22, 2008
Date

/s David J. Hodge
Signature