IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD,  ) ) ) | |
| Plaintiff,  ) | |
| v.  ) | CASE NO. 3:08-cv-19-WKW |
| )  | |
| BEVERLY HEALTHCARE SERVICES d/b/a BEVERLY ENTERPRISES-ALABAMA, INC.,  ) ) ) ) ) | |
| Defendant.  ) | |

## **ORDER**

It is ORDERED that **on or before February 28, 2007,** plaintiff shall file a response to the Motion to Compel Arbitration and Stay Proceedings (Doc. # 2).

DONE this 11th day of February, 2008.

                                                /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE