IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:08-cv-19-WKW |
| ) | |
| BEVERLY HEALTHCARE SERVICES ) d/b/a BEVERLY ENTERPRISES- ) ALABAMA, INC., ) ) ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time (Doc. # 7), it is ORDERED that the motion is GRANTED. Plaintiff's deadline for filing a response to the Motion to Compel Arbitration and Stay Proceedings is extended from February 28, 2008, to **March 14, 2008**.

DONE this 28th day of February, 2008.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE