IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. 3:08-cv-19-WKW |
| BEVERLY HEALTHCARE SERVICES d/b/a BEVERLY ENTERPRISES-ALABAMA, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on defendant's Second Motion to Compel Arbitration (Doc. # 9), in which the defendant represents to the court that the parties have agreed to resolve the matter through binding arbitration. For good cause show, it is ORDERED that:

1. Defendant's Second Motion to Compel Arbitration (Doc. # 9) is GRANTED;

2. The parties shall proceed to arbitration;

3. Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. # 2) is DENIED as moot;

4. Each party shall respond in writing **on or before May 8, 2008** as to whether this case should be stayed pending arbitration or dismissed without prejudice.

DONE this 24th day of April, 2008.

                                          /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE