IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD, | * * * | |
| Plaintiff, | * * | NO. 3:08-CV-19-WKW |
| vs. | * * | |
| BEVERLY ENTERPRISES-ALABAMA, INC., et al., | * * * | |
| Defendants. | * | |

## SHOW CAUSE RESPONSE

COMES NOW Defendant, Beverly Enterprises-Alabama, Inc., pursuant to the Court's Order dated April 24, 2008, and shows unto the Court as follows:

The parties have agreed to submit their dispute to binding arbitration. Thus, this action should be dismissed without prejudice.

Respectfully submitted this 5th day of May 2008.

>  */s W. Benjamin Broadwater*
> W. BENJAMIN BROADWATER (BRO150)
> ANDREW C. CLAUSEN (CLA044)
> Attorneys for Defendant Beverly Enterprises-Alabama, Inc. d/b/a Beverly Healthcare-Lanett, LLC

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Nick Wooten, Esq.
WOOTEN LAW FIRM, P.C.
Post Office Box 290
Lafayette, Alabama  36862

David J. Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama  35203

                                            */s W. Benjamin Broadwater*
                                            COUNSEL