IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD, * * * | |
| Plaintiff, * * | |
| v. * * | Civil Action No.: 3:08-CV-19 WKW |
| BEVERLY ENTERPRISES-ALABAMA, INC., et al., * * * | |
| Defendants. * | |

### PLAINTIFF'S SHOW CAUSE RESPONSE

COMES NOW the plaintiff, EMMA GIACOMO, by and through her son and next friend, GEORGE ALFORD, pursuant to the Court's Order dated April 24, 2008, and shows unto the Court as follows:

The parties have agreed to submit their dispute to binding arbitration. Thus, this action should be dismissed without prejudice.

                                      /s/ David J. Hodge
                                      DAVID J. HODGE
                                      Of Counsel for Plaintiff

**OF COUNSEL:**

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

Nick Wooten, Esq.
WOOTEN & CARLTON, P.C.
P.O. Drawer 290
Lafayette, Alabama 36862

**CERTIFICATE OF SERVICE**

    I hereby certify that on the **8th** day of **May, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record.

    I hereby further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

W. Benjamin Broadwater, Esq.
Andrew C. Clausen, Esq.
ALFORD, CLAUSEN & McDONALD, LLP
One St. Louis Centre, Suite 5000
Mobile, AL 36602

                                               **/s/David J. Hodge**
                                               Of Counsel for Plaintiff